# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600
ghp@parkerhanski.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/2022

September 29, 2022

Via ECF
The Honorable Analisa Torres
United States District Judge
Southern District of New York

    **Re:**    *Joyce de la Rosa v. Seveneast 19 LLC and Scanlan Theodore Americas, LLC*

        **Docket No. 1:22-cv-06575 (AT)(BCM)**

Dear Judge Torres:

    We represent the plaintiff in the above-entitled action.  We write to respectfully ask the Court to adjourn the deadline to submit a joint letter and proposed Case Management Plan and Scheduling Order from October 3, 2022 to November 21, 2022.  The reason for this request is because the defendants have not yet appeared in this action and plaintiff intends on using this additional time to obtain the appearance of counsel for the defendants.  This is the first application to adjourn this deadline.  Thank you for your time and attention to this matter.  With kindest regards, I am

        very truly yours,

        /s/
        Glen H. Parker, Esq.

GRANTED.

SO ORDERED.

Dated: September 30, 2022
      New York, New York

        _____
        ANALISA TORRES
        United States District Judge