USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/2022

# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600
ghp@parkerhanski.com

November 15, 2022

Via ECF
The Honorable Analisa Torres
United States District Judge
Southern District of New York

    **Re:**    *Joyce de la Rosa v. Seveneast 19 LLC and Scanlan Theodore Americas, LLC*

        **Docket No. 1:22-cv-06575 (AT)(BCM)**

Dear Judge Torres:

    We represent the plaintiff in the above-entitled action.  We write to respectfully ask the Court to adjourn the deadline to submit a joint letter and proposed Case Management Plan and Scheduling Order from November 21, 2022 to January 13, 2022.  The reason for this request is because the principals of the defendants have contacted plaintiff's counsel and asked for this additional time to respond.  Plaintiff's counsel agreed to make this application for them but requested that they retain counsel as soon as practicable to avoid a default.  This is the second application to adjourn this deadline.  Thank you for your time and attention to this matter.  With kindest regards, I am

        very truly yours,

        /s/
        Glen H. Parker, Esq.

GRANTED.

SO ORDERED.

Dated: November 16, 2022
      New York, New York

_____
ANALISA TORRES
United States District Judge