# PARKER HANSKI

40 WORTH STREET, SUITE
NEW YORK, NEW YORK 10
PHONE: 212.248.7400
FAX:   212.248.5600
ghp@parkerhanski.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _09/08/2023_

September 7, 2023

<u>Via ECF</u>
The Honorable Analisa Torres
United States District Judge
Southern District of New York

    **Re:**    *Joyce de la Rosa v. Seveneast 19 LLC and Scanlan Theodore Americas, LLC*

    **Docket No. 1:22-cv-06575 (AT)(BCM)**

Dear Judge Torres:

    We represent the plaintiff in the above-entitled action. We write to respectfully ask the Court to extend the deadline to file an application to reopen this action from September 11, 2023 to October 11, 2023. The reason for this request is because the parties require the additional time to have the settlement documents fully executed and to fulfill the condition precedent for dismissal. This is the first application for an extension of the deadline and all parties consent. Thank you for your time and attention to this matter. With kindest regards, I am

    very truly yours,

    /s/
    Glen H. Parker, Esq.

GRANTED.

SO ORDERED.

Dated: September 8, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge