UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

JOYCE DE LA ROSA

                              Plaintiff,

                     v.

SEVENEAST 19 LLC AND SCANLAN THEODORE
AMERICAS, LLC

                             Defendants.

------------------------------------------------------------------x

Docket No. 1:22-cv-06575
(AT)(BCM)

**STIPULATION OF
VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P.
41(a)(1)(A)(ii)**

      IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action are hereby voluntarily dismissed with prejudice and without costs, fees, or expenses.

Dated: August 31, 2023
       New York, New York

**PARKER HANSKI LLC**

By: _____
    Glen H. Parker, Esq.
    Attorneys for Plaintiff
    40 Worth Street, Suite 602
    New York, New York 10013
    Tel (212) 248-7400
    Fax (212) 248-5600
    ghp@parkerhanski.com

**GORDON REES SCULLY
MANSUKHANI. LLP**

By: _____ 10/25/2023
    David J. Grech. Esq.

    Attorneys for the Defendant
    Scanlan Theodore Americas, LLC
    One Battery Plaza, 28th Floor
    New York, New York 10004
    Tel (212) 269-5500
    Fax (212) 269-5505

    dgrech@grsm.com

KUCKER MARINO WINIARSKY &
BITTENS, LLP

BY: _____
Jill L. Mandell, Esq.
Attorneys for the Defendant
Seveneast 19 LLC
747 Third Avenue
New York, NY 10017
Tel 212.869.5030
Fax 212.944.5818
jmandell@kuckermarino.com

1296028/80851113v.1